UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAULA M BEHNKE,

             Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

             Defendant.

Case No. C23-5885 RSM

**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**

Based on Defendant's Motion of Extension of time to File Answer, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Answer due date shall be amended as follows:

- Defendant shall have up to and including January 11, 2024, to file a response to Plaintiff's Complaint.

DATED this 20th day of November, 2023.

                                                Ricardo S. Martinez
                                                United States District Judge