UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULA M BEHNKE,<br><br>               Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. C23-5885 RSM<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

Based on Defendant's Motion for Extension, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED as follows:

- Defendant shall have up to and including April 11, 2024, to file a responsive brief.
- Plaintiff's reply brief shall be due on or before April 25, 2024.

DATED this 12th day of March, 2024.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1